alleged to have been given without consideration and with intent to hinder and delay the plaintiff in the collection of funds due by reason of the matters and things set out in the first cause of action.

Demurrer interposed on the ground of misjoinder of parties and causes of action. Overruled; exception; appeal by defendants.

*Brown & Trotter for plaintiff.*
*Spruill & Olive, W. R. Dalton, Folger & Folger, S. Porter Graves, Benbow & Hall and Gilmer Sparger for defendants.*

PER CURIAM. Affirmed on authority of *Hood, Commissioner, v. Love, ante,* 583, *Trust Co. v. Peirce,* 195 N. C., 717, 143 S. E., 524, *Bank v. Moseley,* 202 N. C., 836, 162 S. E., 923, *Carswell v. Talley,* 192 N. C., 37, 135 S. E., 181.

Affirmed.

---

## APPEALS FROM THE SUPREME COURT OF NORTH CAROLINA

### TO THE SUPREME COURT OF THE UNITED STATES

Mary B. Heavner *v.* Town of Lincolnton and Maryland Casualty Company (202 N. C., 400). Appeal dismissed.

State *v.* Wallace B. Davis (203 N. C., 47). *Writ of certiorari* denied.

State *v.* Luke Lea, Luke Lea, Jr., and Wallace B. Davis (203 N. C., 13). *Writ of certiorari* denied.

J. M. Edgerton *v.* Southern Railway Company (203 N. C., 281.) *Writ of certiorari* denied.